FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
12/11/2025
JEFFREY P. COLWELL, CLERK

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Ming Huang,

                *Plaintiff,*

    v.

RedPeak Properties, LLC, et al.,

                *Defendants.*

Civil Action No.

## MOTION FOR PSEUDONYM AND PROTECTIVE ORDER

I, Ming Huang, proceed pro se. I respectfully move for leave to proceed under the pseudonym "**Penelope H.**" and for a protective order under **Fed. R. Civ. P. 26(c)** and the Court's inherent authority.

## I. GOOD CAUSE EXISTS

1. **Sensitive and Personal Subject Matter**

    The case involves surveillance misuse, privacy violations, and circulation of intimate material without consent.

2. **Risk of Retaliatory Harm or Unwanted Contact**

    Public disclosure of my full name increases the risk of retaliation, harassment, and renewed privacy intrusions.

3. **Disability-Related Vulnerabilities**

    The litigation requires reference to trauma history, PTSD, and other sensitive disability-related matters.

1

4. **Emotional Harm and Stigma Risk**

   Public association of these details with my legal name would cause significant emotional harm and stigma.

5. **No Prejudice to Defendants**

   Defendants can receive my legal identity under seal and will not be impaired in discovery or defense.

6. **Public Interest Fully Preserved**

   The issues concern institutional conduct and statutory compliance, not my personal identity.

## II. REQUEST FOR RELIEF

For these reasons, I respectfully request that the Court enter an order providing that:

1. I may proceed publicly under the pseudonym "Penelope H."

2. My full legal name and identifying informations (ex. date of birth, address) shall not be disclosed on the public docket without leave of Court.

3. Any filing containing my legal name / identifiers shall be filed under seal or with appropriate redactions.

4. My legal identity may be disclosed to Defendants' counsel for use solely within this litigation, and may not be disseminated further without Court authorization.

Respectfully submitted,

/s/ *Ming Huang*

619 N. Logan St. Unit 408
Denver, Colorado 80203

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Ming Huang,

                *Plaintiff,*

      **v.**

RedPeak Properties, LLC, et al.,

               *Defendants.*

Civil Action No.

## [PROPOSED] ORDER GRANTING MOTION
## FOR PSEUDONYM AND PROTECTIVE ORDER

Upon consideration of Plaintiff's Motion for Pseudonym and Protective Order, brought under **Fed. R. Civ. P. 26(c)** and the Court's inherent authority, the Court finds good cause to grant the motion.

1. Plaintiff may proceed publicly under the pseudonym **"Penelope H."**

2. Plaintiff's full legal name and identifying informations (ex. date of birth, address) shall not be filed on the public docket without prior leave of Court.

3. Any filing containing Plaintiff's full legal name or identifiers shall be submitted under seal or with appropriate redactions.

4. Plaintiff shall provide her full legal name to Defendants' counsel for use solely in connection with this litigation.

**SO ORDERED.**

Dated: _____

_____
Hon. _____
United States District Judge

1