IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03985-RTG

MING HUANG,

    Plaintiff,

v.

REDPEAK PROPERTIES, LLC,
SHERMAN RESIDENTIAL, LLC,
MARK WINDHAGER,
NICOLE MABANAG,
JUSTIN THORNBURG, and
FERNANDO VASQUEZ,

    Defendants.

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

On December 11, 2025, Plaintiff Ming Huang, a resident of Denver, Colorado, submitted *pro se* a Complaint and Jury Demand (ECF No. 1), an Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (ECF No. 2), a Motion for Pseudonym and Protective Order (ECF No. 3), and a Motion for Limited Early Discovery (ECF No. 4). As part of its review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that Plaintiff's filings are deficient as described in this order. Plaintiff is directed to cure the following if she wishes to pursue any claims in this action.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1) __ is not submitted
(2) __ is missing affidavit
(3) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (for civil rights claims under § 1983, if plaintiff is a prisoner)

1

(4) __ is missing certificate showing current balance in prison account (for habeas corpus claims)
(5) __ is missing required financial information
(6) __ is missing authorization to calculate and disburse filing fee payments (for civil rights claims under § 1983, if plaintiff is a prisoner)
(7) __ is missing an original signature by the plaintiff
(8) **XX** **is not on proper form**
(9) __ names in caption do not match names in caption of complaint, petition or habeas application
(10) **XX** **other: Alternatively, Plaintiff may pay the $405 filing and administrative fees.**

**Complaint, Petition, or Application**:
(11) __ is not submitted
(12) __ is not on proper form
(13) __ is missing an original signature by the Plaintiff
(14) __ is missing page nos.
(15) __ uses et al. instead of listing all parties in caption
(16) __ names in caption do not match names in text
(17) __ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __ other:

Plaintiff may contact the Federal Pro Se Clinic at (303) 380-8786 or https://www.cobar.org/cofederalproseclinic for possible assistance in this matter.

In light of the above-listed deficiencies, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that she files in response to this order must be labeled with the civil action number identified on this order. It is

FURTHER ORDERED that Plaintiff shall obtain and use the current, court-approved Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) form. The form is available, along with the applicable instructions, on the Court's website: www.cod.uscourts.gov, in the "Quick Links" section of the Court's homepage under "Forms." It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action may be dismissed without further notice. It is

FURTHER ORDERED that the Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form) (ECF No. 2) is DENIED without prejudice to refile on the proper form. It is

FURTHER ORDERED that the Motion for Pseudonym and Protective Order (ECF No. 3) and Motion for Limited Early Discovery (ECF No. 4) are DENIED without prejudice as premature as this matter is in initial review.

DATED December 15, 2025.

BY THE COURT:

*Richard T. Gurley*

Richard T. Gurley
United States Magistrate Judge