IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03985-LTB-RTG

MING HUANG,

     Plaintiff,

v.

REDPEAK PROPERTIES, LLC,
SHERMAN RESIDENTIAL, LLC,
MARK WINDHAGER,
NICOLE MABANAG,
JUSTIN THORNBURG, and
FERNANDO VASQUEZ,

     Defendants.

---

**ORDER**

---

This matter is before the Court on the Recommendation of United States Magistrate Judge dated March 13, 2026. (ECF No. 14). The Recommendation states that any objection to the Recommendation must be filed within fourteen days after its service. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on March 13, 2026. No timely objection to the Recommendation has been filed, and Plaintiff is therefore barred from *de novo* review. For the foregoing reasons, it is

ORDERED that the Recommendation of United States Magistrate Judge (ECF No. 14) is accepted and adopted. It is

1

FURTHER ORDERED that the Complaint (ECF No. 1) and the action are dismissed without prejudice for the reasons stated in the Recommendation. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this __1st__ day of April, 2026.

BY THE COURT:

___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court