IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03985-LTB-RTG

MING HUANG,

Plaintiff,

v.

REDPEAK PROPERTIES, LLC,
SHERMAN RESIDENTIAL, LLC,
MARK WINDHAGER,
NICOLE MABANAG,
JUSTIN THORNBURG, and
FERNANDO VASQUEZ,

Defendants.

---

JUDGMENT

---

Pursuant to and in accordance with the Order entered by Lewis T. Babcock, Senior District Judge, on April 1, 2026, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 1 day of April, 2026.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk

By: s/ A.G. Ryan
Deputy Clerk